# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRANNAN,

       Plaintiffs,

vs.

BANK OF AMERICA, *et al.*,

       Defendants.

Case No. 2:16-cv-01004-GMN-GWF

**ORDER**

       This matter is before the Court on Defendant Bank of America's Motion to Stay Discovery Pending a Ruling on Defendant's Motion to Dismiss (#6), filed on May 18, 2016. Defendant argues that discovery in this matter should be stayed pending the resolution of its Motion to Dismiss (#4).

       The meet and confer requirements in Federal Rule of Civil Procedure 26(c)(1) and Local Rule 26-7(c) require the moving party to confer or attempt to confer in person, or at least by telephone, with the opposing party in a good faith effort to resolve the discovery dispute. The moving party is also required to include a certification setting forth its efforts and the results of the meet-and-confer attempts. Fed. R. Civ. P. 26(c)(1); LR 26-7(c). Because Defendant's motion fails to show that it has complied with these requirements prior to filing the motion,

       **IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery Pending a Ruling on Defendant's Motion to Dismiss (#6) **denied**, without prejudice.

       DATED this 20th day of May, 2016.

                                                       GEORGE FOLEY, JR.
                                                     United States Magistrate Judge