1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  MICHAEL BRANNAN,                          )
8              Plaintiffs,                    )        Case No. 2:16-cv-01004-GMN-GWF
                                             )
9  vs.                                        )        **ORDER**
                                             )
10 BANK OF AMERICA, *et al.*,                 )
                                             )
11             Defendants.                    )
12  _____     )

13          This matter is before the Court on Plaintiff's Motion for Extension of Time (#10), filed on

14  May 20, 2016.

15          Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, extensions of time may be granted for good

16  cause shown.  Plaintiff requests a forty-five (45) day extension of time to find an attorney to represent

17  him for the remainder of this action.  While it was not specifically identified in Plaintiff's motion, the

18  Court construes Plaintiff's request for additional time to be related to Plaintiff's response to

19  Defendant Bank of America's pending Motion to Dismiss (#4).  Based on Plaintiff's representations,

20  the Court finds that he has provided sufficient good cause to justify the requested forty-five (45) day

21  extension.  Accordingly,

22          **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (#10) is **granted**.

23  Plaintiff shall have until **Friday, July 15, 2016** to find an attorney and file a response to Defendant's

24  Motion to Dismiss.

25          DATED this 31st day of May, 2016.

26

27                                                _____
                                                  GEORGE FOLEY, JR.
28                                                United States Magistrate Judge