# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL BRANNAN,

        Plaintiffs,

vs.

BANK OF AMERICA, *et al.*,

        Defendants.

Case No. 2:16-cv-01004-GMN-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file Certificates as to Interested Parties as required by LR 7.1-1. Counsel for Defendant removed this matter to federal court on May 4, 2016. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, the parties have failed to comply. Accordingly,

    **IT IS ORDERED** that the parties shall file their Certificates as to Interested Parties, which fully complies with LR 7.1-1 no later than **July 8, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 28th day of June, 2016.

                                                GEORGE FOLEY, JR.
                                              United States Magistrate Judge