# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRANNAN,       ) <br> ) <br>     Plaintiffs,       ) <br> ) <br> vs.        ) <br> ) <br> BANK OF AMERICA, *et al.*,      ) <br> ) <br>     Defendants.      ) <br> _____ ) | Case No. 2:16-cv-01004-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 4, 2016, required the parties to file a Joint Status Report no later than June 6, 2016. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **July 8, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge