# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRANNAN,<br><br>             Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, *et al.*,<br><br>             Defendants. | Case No. 2:16-cv-01004-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On July 15, 2016, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before July 22, 2016. *See Order* (ECF No. 20). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **August 5, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge