# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL BRANNAN,

      Plaintiffs,

vs.

BANK OF AMERICA, *et al.*,

      Defendants.

Case No. 2:16-cv-01004-GMN-GWF

**ORDER**

    This matter is before the Court on Defendant's Motion to Strike Plaintiff's Addendum to Complaint (ECF No. 28), filed on August 22, 2016. Upon review and consideration, and with good cause appearing therefor,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Addendum to Complaint (ECF No. 28) is **granted**, without prejudice to Plaintiff —through his counsel of record— filing a motion to amend his complaint to attach the addendum thereto.

    DATED this 23rd day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge