# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRANNAN,

    Plaintiffs,

vs.

BANK OF AMERICA, *et al.*,

    Defendants.

Case No. 2:16-cv-01004-GMN-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Cancel and Remove Plaintiff's Addendum to Complaint (ECF No. 32), filed on August 24, 2016. On August 23, 2016, the Court granted Defendants' Motion to Strike Plaintiff's Addendum to Complaint (ECF No. 28), which stuck Plaintiff's addendum from the docket. *See* (ECF No. 29). Therefore, Plaintiff's current request to cancel and remove his filing is moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Cancel and Remove Plaintiff's Addendum (ECF No. 32) is **denied as moot**.

DATED this 31st day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge