# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRANNAN, | |
| Plaintiffs, | Case No. 2:16-cv-01004-GMN-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant Bank of America's Notice of Disassociation (ECF No. 45), filed on December 20, 2016.

Counsel for Defendant represents that Miles N. Clark, Esq. is no longer associated with the law firm of Akerman, LLP.  Therefore, counsel requests that Mr. Clark be removed as attorney of record for Defendant.  Counsel also indicates that Mr. Clark's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Darren T. Brenner, Esq. and Thera A. Cooper, Esq. of Akerman, LLP.  The Court finds that counsel has provided good cause to justify granting Mr. Clark's withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bank of America's Notice of Disassociation (ECF No. 45) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Miles N. Clark, Esq. from the CM/ECF service list in this case.

DATED this 21st day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge